## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANE DOE** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.  10-417(ESH)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CROWELL & MORING, LLP** | ) | |
| 1001 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| **TRINA L. FAIRLEY** | ) | |
| 1001 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| **DANIEL M. CREEKMAN** | ) | |
| 1001 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| **NANCY J. CRAIG** | ) | |
| 1001 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| **MEDSTAR HEALTH** | ) | |
| **INCORPORATION** | ) | |
| 5565 Sterrett Place | ) | |
| Columbia, Maryland 21044 | ) | |
| | ) | |
| **WASHINGTON HOSPITAL CENTER** | ) | |
| 110 Irving Street, N.W. | ) | |
| Washington, D.C. 20010 | ) | |
| | ) | |
| **CAROL JEDRZEJEK** | ) | |
| 110 Irving Street, N.W. | ) | |
| Washington, D.C. 20010 | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

RECEIVED

JUN 29 2010

Clerk, U.S. District and
Bankruptcy Courts

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses the above-captioned action against all Defendants without prejudice.

Dated: June 29, 2010                                    Respectfully submitted,


_Jane Doe_
Jane Doe